```
                                                                    C/M
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------ X
                                                       :
JOSEPH W. JEAN-LOUIS,                                  :   **AMENDED**
                    Plaintiff,                         :   **DISMISSAL ORDER**
                                                       :
              - against -                              :   11 Civ. 4923 (BMC)(ALC)
                                                       :
GOVERNOR STATE OF NEW YORK,                            :
MAYOR OF NEW YORK CITY, INDIANA                        :
POINT NUCLEAR REACTOR                                  :
                                                       :
                    Defendants.                        :
------------------------------------------------------ X
```

Plaintiff's motion for an extension of time to pay the required filing fee to commence this action is denied. Plaintiff has had six weeks to either pay the filing fee or file an *in forma pauperis* application and has effectively received two extensions through two notices, together with advice that the case would be dismissed unless the deficiency was cured. The case is dismissed without prejudice to recommencement upon payment of the required filing fee or submission of an application to proceed *in forma pauperis* along with a Prisoner Authorization Form. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status is denied for purposes of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45, 82 S. Ct. 917 (1962).

**SO ORDERED.**

S/BRIAN M. COGAN
U.S.D.J.

Dated: Brooklyn, New York
       November 18, 2011